*E-FILED: September 17, 2013*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; TD SERVICE FINANCIAL CORPORATION, a California Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:13-cv-04040 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On September 6, 2013, defendant filed a motion to dismiss. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than September 13, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: September 17, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04040-HRL Notice has been electronically mailed to:

Jeremy J. Alberts     jeremy@mytrustedattorney.com, jesse@mytrustedattorney.com

Nicole Dunn     ndunn@wrightlegal.net, jevaristo@wrightlegal.net

2