UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| MARK BINGHAM, an individual, ) <br> ) <br>              Plaintiff, ) <br>    v.               ) <br>                    ) <br> OCWEN LOAN SERVICING, LLC, a Delaware ) <br> Limited Liability Company; TD SERVICE ) <br> FINANCIAL CORPORATION, a California ) <br> Corporation; and DOES 1 through 100, ) <br> inclusive, ) <br>                    ) <br>            Defendants. ) <br> ) | Case No.: 13-CV-04040-LHK <br><br> ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the initial case management statement set for May 22, 2014, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file a joint case management statement by Monday, May 19, 2014 at 5 p.m.

**IT IS SO ORDERED.**

Dated: May 16, 2014

                                            *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04040-LHK
ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT