UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARK BINGHAM, an individual, | ) | Case No.: 13-CV-04040-LHK |
| Plaintiff, | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; TD SERVICE FINANCIAL CORPORATION, a California Corporation; and DOES 1 through 100, inclusive, | ) | |
| Defendants. | ) | |

Clerk: Martha Parker Brown          Plaintiff's Attorney: Batkhand Zoljargal
Reporter: Lee-Anne Shortridge       Defendant's Attorney: Nicole Dunn

An initial Case Management Conference was held on May 22, 2014. A further Case Management Conference is set for September 17, 2014 at 2 p.m.

By May 27, 2014, Plaintiff shall file a consent or declination to proceed for all purposes before a magistrate judge. The form to consent or decline is available on the Court's website.

The parties shall exchange initial disclosures by May 29, 2014.

The parties shall file a joint settlement status report by June 2, 2014.

The discovery limits in the Federal Rules of Civil Procedure shall apply in this case.

The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS/ADD PARTIES: July 25, 2014

CLOSE OF FACT DISCOVERY: April 2, 2015

LAST DAY TO FILE DISPOSITIVE MOTIONS: April 23, 2015. The parties are limited to one dispositive motion each in the entire case.

LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS: May 28, 2015, at 1:30 p.m.

FINAL PRETRIAL CONFERENCE: August 6, 2015 at 1:30 p.m.

JURY TRIAL: August 31, 2015 at 9 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: May 22, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge