United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK BINGHAM, an individual,<br><br>Plaintiff,<br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; TD SERVICE FINANCIAL CORPORATION, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-CV-04040-LHK<br><br>ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

Both parties have consented to proceed before a Magistrate Judge for all purposes. *See* ECF

Nos. 7, 37. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate

Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of

Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04040-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES