Jeremy J. Alberts, State Bar No. 273290
Batkhand Zoljargal, State Bar No. 262918
THE ALBERTS FIRM
1600 N. Broadway, Suite 1010
Santa Ana, CA 92706
Telephone: (714) 441-1144; FAX: (714) 547-7633
zola@mytrustedattorney.com

Attorneys for Plaintiff,
Mark Bingham

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BINGHAM, | CASE: 5:13-CV-04040-HRL |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| v. | |
| OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; TD SERVICE FINANCIAL CORPORATION, a California Corporation; and DOES 1-100, inclusive, | Case Management Conference Date: July 22, 2014<br>Time:    1:30 p.m.<br>Ctrm.:   8 |
| Defendants. | |

---

-1-
NOTICE OF CONDITIONAL SETTLEMENT

TO THE COURT AND THE HONORABLE HOWARD R. LLOYD:

    Counsel for Plaintiff Mark Bingham ("Plaintiff") hereby informs this Court that Plaintiff and Defendant Ocwen Loan Servicing, LLC have reached a settlement agreement in this matter, conditional upon execution of the said agreement by all parties.

DATED: July 16, 2014                          THE ALBERTS FIRM

                                         By:    s/Batkhand Zoljargal
                                                   Jeremy J. Alberts
                                                   Batkhand Zoljargal,
                                                   Attorneys for Plaintiff,
                                                   Mark Bingham

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 1600 N. Broadway, Suite 1010, Santa Ana, CA 92706-3927.

On July 16, 2014, I served the within documents:

**NOTICE OF CONDITIONAL SETTLEMENT**

Upon the following parties:

**Nicole Dunn**
Wright, Finlay and Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach, CA 92660       representing    **Ocwen Loan Servicing, LLC**
*(Defendant)*

**United States District Court,**
Northern District of California,
280 South 1st Street,
Courtroom 2 - 5th Floor
San Jose, CA 95113


☒    **BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via ECF and hyperlink to the document. On July 16, 2014, I checked the CM/ECF docket for underlying case and determined that the following persons are on the Electronic Mail Notice List to receive ECF transmission at the email addresses stated below:

ndunn@wrightlegal.net

☒    **BY MAIL** – I deposited such envelope in the mail at Fullerton, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the practice of collection and processing correspondence for mailing.  Under

---

that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Laguna Niguel, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I am readily familiar with the practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rules, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2014 at Santa Ana, California.

s/Batkhand Zoljargal
Batkhand Zoljargal