1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   Nicole S. Dunn, Esq., SBN 213550
3  4665 MacArthur Court, Suite 200
4  Newport Beach, CA 92660
   Telephone: (949) 477-5050; Facsimile: (949) 608-9142
5  Ndunn@wrightlegal.net
6
7  Attorneys for Defendant, OCWEN LOAN SERVICING, LLC
8
   THE ALBERTS FIRM
9  Jeremy J. Alberts (SBN 273290)
   Batkhand Zoljargal, Esq. (SBN 262918)
10 1600 N. Broadway, Suite 1010
11 Santa Ana, CA 92706-3927
   Phone: 714-441-1144
12 Fax:    714-547-7633
13
   Attorney for Plaintiff, MARK BINGHAM
14
15

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BINGHAM,<br><br>             Plaintiff,<br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; TD SERVICE FINANCIAL CORPORATION, a California Corporation ; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 5:13-CV-04040-LHK MED<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br>AND ORDER THEREON<br>[FRCP, Rule 41(a)(1)(A)(ii)] |

- 1 -
STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

Defendant, OCWEN LOAN SERVICING, LLC ("Ocwen"), by and through its attorneys of record, and Plaintiff MARK BINGHAM ("Plaintiff") hereby stipulate and agree as follows:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff and Ocwen hereby stipulate that the above-captioned action shall be and is immediately dismissed in its entirety and <u>with prejudice</u>; and

2. Plaintiff and Ocwen further stipulate that the Court for the above-captioned action shall retain jurisdiction to enforce, if necessary, the Parties performance under the express terms of the Settlement and Release Agreement entered into by and between Plaintiff and Ocwen, which Release Agreement gave rise to this Stipulation for Dismissal (hereinafter the "Release Agreement").

**IT IS SO STIPULATED.**

Dated: ~~July~~ August 22, 2014

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

By: _____
T. Robert Finlay, Esq.
Nicole S. Dunn, Esq.
Attorneys for Defendant, Ocwen Loan Servicing, LLC

Dated: ~~July~~ August 14, 2014

THE ALBERTS FIRM

By: _____
Jeremy J. Alberts, Esq.
Batkhand Zoljargal, Esq.
Attorneys for Plaintiff, Mark Bingham

**ORDER**

Pursuant to the parties' stipulated request, the court will retain jurisdiction to enforce the terms of their settlement. The clerk shall close the file.

Dated: September 3, 2014

Howard R. Lloyd

- 1 -